UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HAROLD CLARK                                      CIVIL ACTION

VERSUS                                            NUMBER: 09-4442

BURL CAIN                                         SECTION: "I"(5)

## **O R D E R**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Harold Clark, is **DISMISSED** with prejudice.

New Orleans, Louisiana, this ___3rd___ day of March, 2010.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE